UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007

CHAMBERS OF
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

October 19, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/12
```

Steven Seltzer, Esq.
Yuen Roccanova Seltzer & Sverd P.C.
132 Nassau Street, Suite 1300
New York, NY 10038

Andrew Todd Solomon, Esq.
Sullivan & Worchester LLP
1633 Broadway, 32nd Floor
New York, NY 10019

Re:   *Alto Lending, LLC v. Altobridge Limited et al.*,
      **No. 12 Civ. 07391 (ALC) (DF)**

Dear Counsel:

Judge Carter has referred this case to me for general pretrial supervision, and I have scheduled an initial pre-trial conference for December 4, 2012, at 10:00 a.m. Please note that your Rule 26(f) report should be submitted to my chambers no later than November 27, 2012. You may fax it to Chambers at (212) 805-4258.

At the initial pre-trial conference, I will set deadlines for:

(1) service of initial disclosures under Rule 26(a)(1);

(2) service of initial document requests and interrogatories;

(3) Any motion for joinder of other parties or amendment of the pleadings;

(4) completion of fact discovery; and

(5) completion of expert discovery, if any.

Please discuss this scheduling with each other in advance of the conference. Rather than impose arbitrary deadlines, I would much prefer it if you could stipulate to a schedule that you believe is realistic for each of the items listed above. If I find your stipulated dates to be reasonable, I will "so order" them at the conference.

In addition, please be prepared to discuss at the conference the various subjects listed in Rule 16(c). If there are any particular issues that you would like the Court to address, I would appreciate as much advance notice as possible.

The conference will take place in at the United States Courthouse, 500 Pearl Street, New York, New York, 10007 in Courtroom 17A.

Very truly yours,

Debra Freeman
United States Magistrate Judge