**MEMO ENDORSED**

## YUEN ROCCANOVA SELTZER & SVERD P.C.
### Attorneys at Law

JOSEPH T. ROCCANOVA
STEVEN SELTZER
PETER E. SVERD
--------------------
JACOB E. LEWIN* ✧

*Of Counsel:*
PO W. YUEN
VERONICA YUEN

✧*also admitted in NJ*

132 Nassau Street
Suite 1300
New York, N.Y. 10038
Phone:   (212) 608-1178
Facsimile: (212) 608-2913

LONG ISLAND OFFICE
149 Main Street
Huntington, N.Y. 11743
Phone:   (631) 239-5297
Facsimile: (631) 421-4483

November 2, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-5-12

VIA EMAIL: ALCarterNYSDChambers@nysd.uscourts.gov
The Honorable Andrew L. Carter, Jr.
United States District Judge
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 725
New York, New York 10009

Re:   *Alto Lending, LLC v. Altobridge Limited, et al*
      Case No.: 12-cv-07391 (ALC)(DCF)

Your Honor:

    This firm represents the plaintiff, Alto Lending, LLC ("Alto Lending"), in the above referenced matter. This letter is precipitated by Defendant Intel Corporation ("Intel")'s letter dated October 30, 2012 seeking to join the pre-motion conference to be held on December 14, 2012 regarding the anticipated motions to dismiss of defendants Altobridge Limited LLC and Altobridge Corporation (the "Altobridge defendants"). We submit this letter to inform the Court that the parties have agreed to extend plaintiff's deadline to respond to Intel's request with a substantive letter until Monday, November 13, 2012. It is respectfully requested that the Court grant this extension, which is the first such extension requested by plaintiff.

    The circumstances regarding this application are as follows: our office is located in Lower Manhattan, and as of now, our entire building is without power due to Hurricane Sandy and is completely closed. We cannot access either our paper or electronic files and cannot use our firm email. Due to these circumstances, I am submitting this letter to the Court from my personal account. We cannot, as of this time, prepare a substantive response to Intel's letter, and respectfully request this additional period to respond.

    The Court's most favorable consideration herein is greatly appreciated.

Respectfully submitted,

/s/

Steven Seltzer

The application is ✓ granted.
                   ___ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: 11-5-12
NY, New York

Hon. Andrew L. Carter, Jr.
November 2, 2012
Page 2

cc:    Adam H. Offenhartz, Esq.
       Jonathan D. Fortney, Esq.
       Counsel for Defendant Intel Corporation (via email)

       Andrew T. Solomon, Esq.
       Natalie S. Lederman, Esq.
       Counsel for Defendants Altobridge Corporation and Altobridge Limited (via email)