**MEMO ENDORSED**

# YUEN ROCCANOVA SELTZER & SVERD P.C.
## Attorneys at Law

JOSEPH T. ROCCANOVA
STEVEN SELTZER
PETER E. SVERD
--------------------
JACOB E. LEWIN ✦
PAUL SAGAR

*Of Counsel:*
PO W. YUEN
VERONICA YUEN

✦ *also admitted in NJ*

132 Nassau Street
Suite 1300
New York, N.Y. 10038
Phone:   (212) 608-1178
Facsimile: (212) 608-2913

LONG ISLAND OFFICE
149 Main Street
Huntington, N.Y. 11743
Phone:   (631) 239-5297
Facsimile: (631) 421-4483

January 7, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-7-13
```

**VIA EMAIL: ALCarterNYSDChambers@nysd.uscourts.gov**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 725
New York, New York 10009

    Re: *Alto Lending, LLC v. Altobridge Limited, et al*
    *Case No.: 12-cv-07391 (ALC)(DCF)*

Your Honor:

    This firm represents plaintiff, Alto Lending LLC, in the above referenced action.

    Your Honor has granted plaintiff leave to file an amended complaint by January 14, 2013, and established a briefing schedule for the defendants' anticipated motions to dismiss. Presently, defendants must file their motion by February 14, 2013, plaintiff must file opposition by March 14, 2013 and reply papers are due March 28, 2013.

    We respectfully request, with consent from all parties, that the Court extend plaintiff's deadline to file an amended complaint by seven (7) days, until January 21, 2013. This is plaintiff's first request for an extension of this deadline. The reason for this request is that the undersigned was inflicted with a stomach flu for a week in December prior to the holidays (and after the Court's pre-motion conference establishing the filing deadline). Additionally, a number of employees in our firm, including the associate that is assigned to this case, were not in the office during the final ten days of December due to scheduled vacations. Under the circumstances, an additional week to file the amended complaint is required and respectfully requested.

    Following consultation with all counsel, we respectfully request that the Court adopt the following filing and briefing schedule:

Hon. Andrew L. Carter, Jr.
January 7, 2013
Page 2 of 2

- Plaintiff shall file an amended complaint by January 21, 2013;
- Defendants shall file motions to dismiss by February 21, 2013;
- Plaintiff to file opposition by March 21, 2013;
- Replies to be filed by April 4, 2013;

All parties consent to this extension and the proposed revised schedule. The Court's most favorable consideration herein is greatly appreciated.

Respectfully Submitted,

Steven Seltzer


Cc: Andrew T. Solomon, Esq. (via email at ASolomon@sandw.com)
Natalie S. Lederman, Esq. (via email at Nlederman@sandw.com)
*Attorneys for Defendants*
*Altobridge Limited and Altobridge Corporation*

Adam H. Offenhartz, Esq. (via email at AOffenhartz@gibsoundunn.com)
Jonathan D. Fortney, Esq. (via email at Jfortney@gibsondunn.com)
*Attorney for Defendants*
*Intel Corporation*


SO ORDERED:

HON. ANDREW L. CARTER, JR.   1-7-13
UNITED STATES DISTRICT JUDGE