AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ALTO LENDING, LLC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 12-CV-07391 |
| ALTOBRIDGE LIMITED, ET AL. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALTO LENDING, LLC.

Date: 01/23/2013

*Attorney's signature*

STEVEN SELTZER (SS 9023)
*Printed name and bar number*
YUEN ROCCANOVA SELTZER & SVERD P.C.
132 NASSAU STREET, SUITE 1300
NEW YORK, NEW YORK 10038

*Address*

SSELTZER@YRSSLAW.COM
*E-mail address*

(212) 608-1178
*Telephone number*

(212) 608-2913
*FAX number*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTO LENDING, LLC,

Docket No.: 12-cv-07391

Plaintiff,

-against-

ALTOBRIDGE LIMITED, ALTOBRIDGE
CORPORATION and INTEL CORPORATION

Defendants.

**APPEARANCE OF COUNSEL**

Attorneys for Plaintiff
YUEN ROCCANOVA SELTZER & SVERD P.C.
132 Nassau Street, Suite 1300
New York, NY 10038
(212) 608-1178

To:

Signature

*/s/ Steven Seltzer*

Steven Seltzer, Esq.

Service of a copy of the within
is hereby admitted.

Dated:_____ , ____

PLEASE TAKE NOTICE:
   ( ) <u>NOTICE OF ENTRY</u>
   that the within is a (certified) true copy of a
   duly entered in the office of the clerk of the within named court on      20__

   ( ) <u>NOTICE OF SETTLEMENT</u>
   that an order                                            of which the within is a true copy
   will be presented for settlement to            one of the judges of the
   within named Court, at
   on               20__       at         AM

Dated:                        Yours, etc.

YUEN ROCCANOVA SELTZER & SVERD P.C.