AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York   ▾

| | | |
|---|---|---|
| ALTO LENDING, LLC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   12-CV-07391 |
| ALTOBRIDGE LIMITED, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALTO LENDING, LLC.

Date:     01/23/2013

*Attorney's signature*

JACOB E. LEWIN (JL 1217)
*Printed name and bar number*
YUEN ROCCANOVA SELTZER & SVERD P.C.
132 NASSAU STREET, SUITE 1300
NEW YORK, NEW YORK 10038

*Address*

JLEWIN@YRSSLAW.COM
*E-mail address*

(212) 608-1178
*Telephone number*

(212) 608-2913
*FAX number*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTO LENDING, LLC,

Docket  No.:  12-cv-07391

Plaintiff,

-against-

ALTOBRIDGE LIMITED, ALTOBRIDGE
CORPORATION and INTEL CORPORATION

Defendants.

## APPEARANCE OF COUNSEL

Attorneys for Plaintiff
YUEN ROCCANOVA SELTZER & SVERD P.C.
132 Nassau Street, Suite 1300
New York, NY 10038
(212) 608-1178

To:

Signature

Jacob E. Lewin, Esq.

Service of a copy of the within
is hereby admitted.

Dated:_____ , ____

PLEASE TAKE NOTICE:
( ) NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on                 20__

( ) NOTICE OF SETTLEMENT
that an order                                        of which the within is a true copy
will be presented for settlement to      one of the judges of the
within named Court, at
on                  20__     at              AM

Dated:                          Yours, etc.

YUEN ROCCANOVA SELTZER & SVERD P.C.