UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                                    :

ALTO LENDING, LLC,                                   :

                            Plaintiff,          :

                -against-                      :    Case No.:  1:12-cv-07391-ALC

ALTOBRIDGE LIMITED, ALTOBRIDGE       :
CORPORATION and INTEL CORPORATION,   :    **NOTICE OF MOTION TO DISMISS**

                        Defendants.    :
---------------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of Michael Fitzgerald (dated February 21, 2013), the Declaration of Andrew T. Solomon (dated February 21, 2013), and all prior pleadings and proceedings had herein, Defendants Altobridge Limited and Altobridge Corporation (together, "Altobridge") will move this Court, Hon. Andrew L. Carter, Jr., at the United States Courthouse, 500 Pearl Street, New York, New York on a day and time to be set by the Court, for an order dismissing with prejudice all claims asserted against Altobridge in Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York  SULLIVAN & WORCESTER LLP
February 21, 2013

By: /s/ Andrew T. Solomon
Andrew T. Solomon
Natalie S. Lederman
1633 Broadway, 32nd Floor
New York, New York 10019
Telephone: (212) 660-3000
Email: asolomon@sandw.com
nlederman@sandw.com

*Attorneys for Defendants Altobridge Limited
and Altobridge Corporation*

To: Steven Seltzer, Esq.
Jacob Lewin, Esq.
Yuen Roccanova Seltzer & Sverd P.C.
132 Nassau Street, Suite 1300
New York, New York 0038
Telephone: (212) 608-1178
Email: sseltzer@yrsslaw.com
jlewin@yrsslaw.com

*Attorneys for Plaintiff Alto Lending, LLC*


Adam H. Offenhartz, Esq.
Jonathan D. Fortney, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166
Telephone: (212) 351-4000
Email: aoffenhartz@gibsondunn.com
jfortney@gibsondunn.com

*Attorneys for Defendant Intel Corporation*