UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALTO LENDING, LLC,

        Plaintiff,

  -against-

ALTOBRIDGE LIMITED, ALTOBRIDGE CORPORATION, and INTEL CORPORATION,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 12 Civ. 7391 (ALC)(DCF)

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE THAT the undersigned respectfully enters his appearance as counsel for Defendant Intel Corporation and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant Intel Corporation.  The undersigned is admitted to practice before this Court.

Dated: New York, New York
       February 21, 2013

GIBSON, DUNN & CRUTCHER LLP

By:  s/ Adam H. Offenhartz
     Adam H. Offenhartz

200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
aoffenhartz@gibsondunn.com

*Attorneys for Defendant Intel Corporation*