UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ALTO LENDING, LLC,                         :
                                           :
                  Plaintiff,               :
                                           :          No. 12 Civ. 7391 (ALC)(DCF)
         -against-                         :
                                           :          **RULE 7.1 STATEMENT**
ALTOBRIDGE LIMITED, ALTOBRIDGE            :
CORPORATION, and INTEL CORPORATION,        :
                                           :
                  Defendants.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for

Defendant Intel Corporation ("Intel"), a Delaware corporation, certifies that (i) Intel has no

parent corporation, and (ii) there is no publicly held corporation that owns 10% or more of Intel's

stock.

Dated: New York, New York
       February 21, 2013

                        GIBSON, DUNN & CRUTCHER LLP

                        By:  s/ Adam H. Offenhartz
                           Adam H. Offenhartz

                           200 Park Avenue
                           New York, New York 10166-0193
                           Telephone: (212) 351-4000
                           Facsimile: (212) 351-4035
                           aoffenhartz@gibsondunn.com

                        *Attorneys for Defendant Intel Corporation*