UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ALTO LENDING, LLC,

        Plaintiff,

   -against-                                  No. 12 Civ. 7391 (ALC)(DCF)

ALTOBRIDGE LIMITED, ALTOBRIDGE
CORPORATION, and INTEL                   **ORAL ARGUMENT REQUESTED**
CORPORATION,

        Defendants.

------------------------------------------------------------x

## NOTICE OF DEFENDANT INTEL CORPORATION'S MOTION TO DISMISS PLAINTIFF ALTO LENDING LLC'S AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law of Defendant Intel Corporation In Support of Its Motion to Dismiss Plaintiff's Amended Complaint, and the accompanying Declaration of Adam H. Offenhartz, dated February 21, 2013, and attached exhibits, Defendant Intel Corporation will move this Court, before the Honorable Andrew L. Carter, United States District Judge, at a time and date to be determined by the Court, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, for an Order dismissing

all claims against Defendant Intel Corporation with prejudice, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
       February 21, 2013

                                                         GIBSON, DUNN & CRUTCHER LLP

By: /s/ Adam H. Offenhartz
      Adam H. Offenhartz

200 Park Avenue, 47th Floor
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Intel Corporation*