# MEMO ENDORSED

## YUEN ROCCANOVA SELTZER & SVERD P.C.
### Attorneys at Law

JOSEPH T. ROCCANOVA
STEVEN SELTZER
PETER E. SVERD
--------------------
JACOB E. LEWIN ✧
PAUL SAGAR

*Of Counsel:*
PO W. YUEN
VERONICA YUEN

✧ *also admitted in NJ*

132 Nassau Street
Suite 1300
New York, N.Y. 10038
Phone: (212) 608-1178
Facsimile: (212) 608-2913

LONG ISLAND OFFICE
149 Main Street
Huntington, N.Y. 11743
Phone: (631) 239-5297
Facsimile: (631) 421-4483

March 18, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-19-13

VIA EMAIL: ALCarterNYSDChambers@nysd.uscourts.gov
The Honorable Andrew L. Carter, Jr.
United States District Judge
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 725
New York, New York 10009

Re: *Alto Lending, LLC v. Altobridge Limited, et al*
Case No.: 12-cv-07391 (ALC)(DCF)

Your Honor:

This firm represents plaintiff, Alto Lending LLC, in the above referenced action.

Your Honor has established a briefing schedule for defendants' motions to dismiss, to which defendants filed briefs on Friday, February 21, 2013. Plaintiff is required to file opposition by March 21, 2013, and reply papers are due April 4, 2013.

We respectfully request, with consent from all parties, that the Court allow plaintiff to file one (1) brief in opposition to both defendants' motion to dismiss with a total page limit of fifty (50) pages. The reason for this request is that defendants Altobridge Limited, Altobridge Corporation ("Altobridge") and Intel Corporation ("Intel") each filed individual briefs – both within the twenty-five (25) page limit – which would require plaintiff to file two (2) briefs in opposition. Because of the numerous overlapping issues of both factual allegations and law, plaintiff will best be able to present its salient arguments, and avoid unnecessary repetition and redundancy, through one (1) brief. Plaintiff further respectfully requests one (1) additional day to file its brief to allow for additional time for finalization of its response to two separate motions. Under the circumstances, an additional day to electronically file opposition is required and respectfully requested.

Hon. Andrew L. Carter, Jr.
March 18, 2013
Page 2 of 2

    Following consultation with all counsel, we respectfully request that the Court adopt the following filing and briefing schedule:

- Plaintiff shall file one-brief opposition by March 22, 2013;
- Replies to be filed by April 5, 2013;

    All parties consent to this extension and the proposed revised schedule. The Court's most favorable consideration herein is greatly appreciated.

Respectfully Submitted,

*/s/ Steven Seltzer*

Steven Seltzer

Cc:    Andrew T. Solomon, Esq. (via email at ASolomon@sandw.com)
        Natalie S. Lederman, Esq. (via email at Nlederman@sandw.com)
        *Attorneys for Defendants*
        *Altobridge Limited and Altobridge Corporation*

        Adam H. Offenhartz, Esq. (via email at AOffenhartz@gibsoundunn.com)
        Jonathan D. Fortney, Esq. (via email at Jfortney@gibsondunn.com)
        *Attorney for Defendants*
        *Intel Corporation*

---

The application is ✓ granted.
                      __ denied.

*/s/ Andrew L. Carter Jr.*
Andrew L. Carter Jr., U.S.D.J.
Dated: 3-19-13
NY, New York