UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ALTO LENDING, LLC,

                         Plaintiff                      Docket No.: 12-CV-07391
                                                                     (ALC)(DCF)

    -against-

                                                                     **DECLARATION OF**
ALTOBRIDGE LIMITED, ALTOBRIDGE                **STEVEN SELTZER**
CORPORATION and INTEL CORPORATION

                         Defendants
-----------------------------------------------------------------x

       STEVEN SELTZER, an attorney duly admitted to practice before this Court, declares that the following statements are true under the penalty of perjury:

1. I am a member of Yuen Roccanova Seltzer & Sverd P.C., counsel for the plaintiff, ALTO LENDING, LLC in this action. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss the Amended Complaint.

2. The following exhibits are true copies of what they purport to be.

3. Annexed hereto as EXHIBIT A is a true and correct copy of the First Amended Complaint dated January 21, 2013 and filed with the Court on January 21, 2013.

      WHEREFORE, for the reasons set forth in the accompanying memorandum of law dated March 22, 2013, Plaintiff respectfully requests that the within motion be granted in its entirety together with such other and further relief that this Court deems just and proper.

Dated:    New York, New York
            March 22, 2013

                                                                             STEVEN SELTZER (SS 9023)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTO LENDING, LLC,

Docket No.: 12-cv-07391

Plaintiff,

-against-

ALTOBRIDGE LIMITED, ALTOBRIDGE
CORPORATION and INTEL CORPORATION

Defendants.

### DECLARATION OF STEVEN SELTZER

Attorneys for Plaintiff
YUEN ROCCANOVA SELTZER & SVERD P.C.
132 Nassau Street, Suite 1300
New York, NY 10038
(212) 608-1178

To:                                         Service of a copy of the within
                                            is hereby admitted.
Signature
                                            Dated:_____, ____

_____
Steven Seltzer, Esq.

PLEASE TAKE NOTICE:
   (  ) NOTICE OF ENTRY
   that the within is a (certified) true copy of a
   duly entered in the office of the clerk of the within named court on               20__

   (  ) NOTICE OF SETTLEMENT
   that an order                              of which the within is a true copy
   will be presented for settlement to        one of the judges of the
   within named Court, at
   on              20__      at         AM.

   Dated:                                     Yours, etc.

YUEN ROCCANOVA SELTZER & SVERD P.C.