# MEMO ENDORSED

## YUEN ROCCANOVA SELTZER & SVERD P.C.
### Attorneys at Law

JOSEPH T. ROCCANOVA
STEVEN SELTZER
PETER E. SVERD
--------------------
JACOB E. LEWIN ✧
PAUL J. SAGAR

*Of Counsel:*
PO W. YUEN
VERONICA YUEN

✧ *also admitted in NJ*

132 Nassau Street
Suite 1300
New York, N.Y. 10038
Phone:   (212) 608-1178
Facsimile: (212) 608-2913

LONG ISLAND OFFICE
149 Main Street
Huntington, N.Y. 11743
Phone:   (631) 239-5297
Facsimile: (631) 421-4483

April 3, 2013

VIA EMAIL: ALCarterNYSDChambers@nysd.uscourts.gov
The Honorable Andrew L. Carter, Jr.
United States District Judge
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 725
New York, New York 10009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4·4·13

Re: *Alto Lending, LLC v. Altobridge Limited, et al*
Case No.: *12-cv-07391 (ALC)(DCF)*

Your Honor:

This firm represents plaintiff, Alto Lending LLC, in the above referenced action.

Plaintiff electronically filed its Memorandum of Law in Opposition to Defendants' Motion to Dismiss and the Declaration of Steven Seltzer with the Court on March 22, 2013. Replies to plaintiff's opposition are due on April 5, 2013.

It is respectfully requested, with consent from all parties, that the Court grant plaintiff leave to file an Amended Declaration of Steven Seltzer to correct a typographical error. Currently, the wherefore clause of Mr. Seltzer's Declaration states that "Plaintiff respectfully requests that the within motion be granted in its entirety." To protect plaintiff's interests, it is respectfully requested that plaintiff be permitted to correct this error and file an amended declaration stating that "Plaintiff respectfully requests that the within motion be *denied* in its entirety." It is respectfully requested that Your Honor afford plaintiff until April 5, 2013 to make this typographical correction. This will be the only change to plaintiff's opposition, no substantive revisions will be made and the same exhibit will be attached to the Amended Declaration as was attached to the declaration that was previously filed.

Hon. Andrew L. Carter, Jr.
April 3, 2013
Page 2 of 2

    All parties consent to this application and the Court's most favorable consideration herein is greatly appreciated.

Respectfully Submitted,

*signature*

Jacob E. Lewin

Cc:   Andrew T. Solomon, Esq. (via email at ASolomon@sandw.com)
      Natalie S. Lederman, Esq. (via email at Nlederman@sandw.com)
      *Attorneys for Defendants*
      *Altobridge Limited and Altobridge Corporation*

      Adam H. Offenhartz, Esq. (via email at AOffenhartz@gibsoundunn.com)
      Jonathan D. Fortney, Esq. (via email at Jfortney@gibsondunn.com)
      *Attorney for Defendants*
      *Intel Corporation*

The application is ✓ granted.
                      denied.

*signature*

Andrew L. Carter Jr, U.S.D.J.
Dated: 4-4-13
NY, New York