UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ALTO LENDING, LLC,

                        Plaintiff                  Docket No.: 12-CV-07391
                                                                      (ALC)(DCF)

               -against-                              **AMENDED**
                                                                       **DECLARATION OF**
ALTOBRIDGE LIMITED, ALTOBRIDGE                     **STEVEN SELTZER**
CORPORATION and INTEL CORPORATION

                        Defendants
------------------------------------------------------------------x

       STEVEN SELTZER, an attorney duly admitted to practice before this Court, declares that the following statements are true under the penalty of perjury:

1.    I am a member of Yuen Roccanova Seltzer & Sverd P.C., counsel for the plaintiff, ALTO LENDING, LLC in this action. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss the Amended Complaint.

2.    The following exhibits are true copies of what they purport to be.

3.    Annexed hereto as EXHIBIT A is a true and correct copy of the First Amended Complaint dated January 21, 2013 and filed with the Court on January 21, 2013.

       WHEREFORE, for the reasons set forth in the memorandum of law dated March 22, 2013, Plaintiff respectfully requests that the within motion be denied in its entirety together with such other and further relief that this Court deems just and proper.

Dated:      New York, New York
              April 5, 2013

                                                                              STEVEN SELTZER (SS 9023)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTO LENDING, LLC,

Docket No.: 12-cv-07391

Plaintiff,

-against-

ALTOBRIDGE LIMITED, ALTOBRIDGE
CORPORATION and INTEL CORPORATION

Defendants.

### AMENDED DECLARATION OF STEVEN SELTZER

Attorneys for Plaintiff
YUEN ROCCANOVA SELTZER & SVERD P.C.
132 Nassau Street, Suite 1300
New York, NY 10038
(212) 608-1178

To:

Signature

Service of a copy of the within
is hereby admitted.

Dated:_____, ____

_____
Steven Seltzer, Esq.

PLEASE TAKE NOTICE:
   ( ) NOTICE OF ENTRY
   that the within is a (certified) true copy of a
   duly entered in the office of the clerk of the within named court on                    20__

   ( ) NOTICE OF SETTLEMENT
   that an order                                           of which the within is a true copy
   will be presented for settlement to                    one of the judges of the
   within named Court, at
   on                  20__     at            AM.

   Dated:                          Yours, etc.

YUEN ROCCANOVA SELTZER & SVERD P.C.