Andrew T. Solomon
Natalie S. Lederman
SULLIVAN & WORCESTER LLP
1633 Broadway, 32nd Floor
New York, NY 10019
(212) 660-3000

*Attorneys for Defendants Altobridge Limited
and Altobridge Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
ALTO LENDING, LLC,                                               :
                                                                 :
                           Plaintiff,                            :   Case No.:  1:12-cv-07391-ALC
                                                                 :
              -against-                                          :   **DECLARATION OF**
                                                                 :   **ANDREW T. SOLOMON**
ALTOBRIDGE LIMITED, ALTOBRIDGE                                   :
CORPORATION and INTEL CORPORATION,                               :
                                                                 :
                           Defendants.                           :
                                                                 :
-----------------------------------------------------------------x

ANDREW T. SOLOMON, pursuant to 28 U.S.C. § 1746, declares:

1. I am a partner with the law firm of Sullivan & Worcester LLP, counsel to Altobridge Limited and Altobridge Corporation (together, "Altobridge"). I submit this Declaration in support of the motion to dismiss filed by Altobridge.

2. Attached hereto as Exhibit 1 is a true and correct copy of *Abeles, Inc. v. Creekstone Farms Premium Beef, LLC*, No. 06-CV-3893 (JFB) (AKT), 2010 WL 446042 (E.D.N.Y. Feb. 1, 2010).

3. Attached hereto as Exhibit 2 is a true and correct copy of *Beekman Inv. Partners, L.P. v. Alene Candles, Inc.*, No. 05 Civ. 8746 (DLC), 2006 WL 330323 (S.D.N.Y. Feb. 14, 2006)

4. Attached hereto as Exhibit 3 is a true and correct copy of *Gelman v. Buehler*, __ N.Y.3d __, 2013 NY Slip Op. 01991 (Mar. 26, 2013).

5. Attached hereto as Exhibit 4 is a true and correct copy of *HP Hotel Sponsor, LLC v. Strategic Capital Solutions, LLC*, 29 Misc.3d 1204(A), 958 N.Y.S.2d 307 (Sup. Ct. N.Y. Cnty. 2010).

6. Attached hereto as Exhibit 5 is a true and correct copy of *Junk v. Aon Corp.*, No. 07 Civ. 4640 (LMM) (GWG), 2007 WL 4292034 (S.D.N.Y. Dec. 3, 2007).

7. Attached hereto as Exhibit 6 is a true and correct copy of *Karmilowicz v. Hartford Fin. Servs. Grp., Inc.*, 494 F. App'x 153 (2d Cir. 2012).

8. Attached hereto as Exhibit 7 is a true and correct copy of *Kidz Cloz, Inc. v. Officially for Kids, Inc.*, No. 00 Civ. 6270 (DC), 2002 WL 392291 (S.D.N.Y. Mar. 13, 2002).

9. Attached hereto as Exhibit 8 is a true and correct copy of *Southwick Clothing LLC v. GFT (USA) Corp.*, No. 99 CV 10452 (GBD), 2004 WL 2914093 (S.D.N.Y. Dec. 15, 2004).

10. Attached hereto as Exhibit 9 is a true and correct copy of *Tedeschi v. Crocker*, No. SC-08-2816, 2009 WL 1561577 (City Ct. May 6, 2009).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 5, 2013

       /s/ Andrew T. Solomon
       ANDREW T. SOLOMON