**MEMO ENDORSED**

# YUEN ROCCANOVA SELTZER & SVERD P.C.
## Attorneys at Law

JOSEPH T. ROCCANOVA
STEVEN SELTZER
PETER E. SVERD
---------------------
JACOB E. LEWIN ✧
PAUL J. SAGAR

*Of Counsel:*
PO W. YUEN
VERONICA YUEN

✧ *also admitted in NJ*

132 Nassau Street
Suite 1300
New York, N.Y. 10038
Phone:    (212) 608-1178
Facsimile: (212) 608-2913

LONG ISLAND OFFICE
149 Main Street
Huntington, N.Y. 11743
Phone:    (631) 239-5297
Facsimile: (631) 421-4483

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5-15-13

May 10, 2013

VIA EMAIL: ALCarterNYSDChambers@nysd.uscourts.gov
The Honorable Andrew L. Carter, Jr.
United States District Judge
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 725
New York, New York 10009

Re: *Alto Lending, LLC v. Altobridge Limited, et al*
Case No.: 12-cv-07391 (ALC)(DCF)

Your Honor:

The undersigned is currently an associate attorney of Yuen Roccanova Seltzer & Sverd, P.C., attorneys of record for plaintiff, Alto Lending LLC, in the above referenced action.

As of end of business today, I will no longer be an associate at Yuen Roccanova Seltzer & Sverd, P.C., and, pursuant to the information received from the ECF Help Desk of the Southern District of New York, I am required to submit a written request in order to be removed as notice-counsel from the Electronic Filing System. Therefore, it is respectfully requested that the undersigned attorney be withdrawn as notice counsel for this action.

Thank you for your time and attention to this matter.

Respectfully Submitted,

Jacob E. Lewin

The application is ✓ granted.
                  ~~denied.~~

Andrew L. Carter Jr, U.S.D.J.
Dated: May 15, 2013
       NY, New York

Hon. Andrew L. Carter, Jr.
May 10, 2013
Page 2 of 2


Cc:   Andrew T. Solomon, Esq. (via email at ASolomon@sandw.com)
      Natalie S. Lederman, Esq. (via email at Nlederman@sandw.com)
      *Attorneys for Defendants*
      *Altobridge Limited and Altobridge Corporation*

      Adam H. Offenhartz, Esq. (via email at AOffenhartz@gibsoundunn.com)
      Jonathan D. Fortney, Esq. (via email at Jfortney@gibsondunn.com)
      *Attorney for Defendants*
      *Intel Corporation*