UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALTO LENDING, LLC,

                      Plaintiff,

      -against-

ALTOBRIDGE LIMITED, ALTOBRIDGE
CORPORATION and INTEL CORPORATION

                      Defendants.
------------------------------------------------------------------X

Case No.: 12-CV-07391
(ALC)(DCF)

**NOTICE OF CHANGE OF ADDRESS**

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending      ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for STEVEN SELTZER

My SDNY Bar Number is SS 9023     My State Bar Number is 3033180

I am,
    ☒ An attorney
    ☐ A Government Agency attorney
    ☐ A Pro Hac Vice attorney

Firm Information (include full name of firm OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME:    Yuen Roccanova Seltzer & Sverd P.C.
                    FIRM ADDRESS:  132 Nassau Street, Suite 1300
                                              New York, New York 10028
                    FIRM TELEPHONE NUMBER:  212-608-1178
                    FIRM FAX NUMBER:  212-608-2913

NEW FIRM:    FIRM NAME:    Yuen Roccanova Seltzer & Sverd P.C.
                    FIRM ADDRESS:  11 Hanover Square, 13th Floor
                                              New York, New York 10028
                    FIRM TELEPHONE NUMBER:  212-608-1178
                    FIRM FAX NUMBER:  212-608-2913

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitle case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: July 17, 2013

_____
ATTORNEY'S SIGNATURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALTO LENDING, LLC,

                        Plaintiff,

    -against-

ALTOBRIDGE LIMITED, ALTOBRIDGE
CORPORATION and INTEL CORPORATION,

                       Defendants.

Case No.: 12-CV-07391
(ALC)(DCF)

---

## NOTICE OF CHANGE OF ADDRESS

---

Attorneys for Plaintiff
YUEN ROCCANOVA SELTZER & SVERD P.C.
11 Hanover Square, 13th Floor
New York, NY 10005
(212) 608-1178

---

To:

Signature

_____
Steven Seltzer, Esq.

Service of a copy of the within
is hereby admitted.

Dated:_____, _____

PLEASE TAKE NOTICE:
  ( ) NOTICE OF ENTRY
  that the within is a (certified) true copy of a
  duly entered in the office of the clerk of the within named court on       20__

  ( ) NOTICE OF SETTLEMENT
  that an order                   of which the within is a true copy
  will be presented for settlement to     one of the judges of the
  within named Court, at
  on       20__     at       AM.

Dated:                   Yours, etc.

                    YUEN ROCCANOVA SELTZER & SVERD P.C.