UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
ALTO LENDING, LLC, :
: Case No.: 1:12-cv-07391-ALC
Plaintiff, :
:
-against- : **NOTICE OF MOTION FOR**
: **REARGUMENT OR**
ALTOBRIDGE LIMITED, ALTOBRIDGE : <u>**RECONSIDERATION**</u>
CORPORATION and INTEL CORPORATION, :
:
Defendants. :
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and all prior pleadings and proceedings had herein, defendants Altobridge Limited and Altobridge Corporation (together, "Altobridge"), pursuant to Local Civil Rule 6.3, respectfully move this Court, Hon. Andrew L. Carter, Jr., in Courtroom 1306 of the United States Courthouse located at 40 Foley Square, New York, New York, (a) for reargument or reconsideration of the Court's August 16, 2013 Order (Dkt. No. 33), which denied Altobridge's motion to dismiss (Dkt. No. 13) solely because Altobridge did not annex a further copy of the First Amended Complaint in this action to its motion papers; and (b) for a decision on that motion on substantive grounds.

      PLEASE TAKE FURTHER NOTICE that opposition, if any, may be requested by the Court.

Dated: New York, New York       SULLIVAN & WORCESTER LLP
       August 20, 2013

      By: /s/ Andrew T. Solomon
         Andrew T. Solomon
      1633 Broadway, 32nd Floor
      New York, New York 10019
      Telephone: (212) 660-3000
      Email: asolomon@sandw.com

*Attorneys for Defendants Altobridge Limited and Altobridge Corporation*

To:   Steven Seltzer, Esq.
      Yun & Park, LLC
      11 Hanover Square, 13th Floor
      New York, New York 10028
      Telephone:  (212) 608-2913
      Email:  sseltzer@yrsslaw.com

      *Attorneys for Plaintiff Alto Lending, LLC*


      Adam H. Offenhartz, Esq.
      Jonathan D. Fortney, Esq.
      Gibson, Dunn & Crutcher LLP
      200 Park Avenue
      New York, NY  10166
      Telephone: (212) 351-4000
      Email:  aoffenhartz@gibsondunn.com

      *Attorneys for Defendant Intel Corporation*