# UNITED STATES DISTRICT COURT

for the

Southern District of New York

-------------------------------------------------------------------X

ALTO LENDING, LLC.,

                                    Plaintiff,

      -against-

ALTOBRIDGE LIMITED, ALTOBRIDGE
CORPORATION and INTEL CORPORATION,

                                Defendants.

-------------------------------------------------------------------X

Case No.: 12-CV-07391
(ALC)(DCF)

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for:  ALTO LENDING, LLC.

Date:   August 22, 2013

                             YUEN ROCCANOVA SELTZER & SVERD P.C.

                             Paul J. Sagar (PS 5931)
                             11 Hanover Square, 13th Floor
                             New York, New York 10005
                             Email:  psagar@yrsslaw.com
                             T:  212-608-1178
                             F:  212-608-2913

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTO LENDING, LLC,                                    Case No.: 12-CV-07391
                                                       (ALC)(DCF)
                          Plaintiff,

          -against-


ALTOBRIDGE LIMITED, ALTOBRIDGE
CORPORATION and INTEL CORPORATION,

                          Defendants.

---

## APPEARANCE OF COUNSEL

---

Attorneys for Plaintiff
YUEN ROCCANOVA SELTZER & SVERD P.C.
11 Hanover Square, 13th Floor
New York, NY 10005
(212) 608-1178

---

To:                                      Service of a copy of the within
                                         is hereby admitted.
Signature
                                             Dated:_____ , _____

_____
Paul J. Sagar, Esq._____

PLEASE TAKE NOTICE:
   (  ) NOTICE OF ENTRY
   that the within is a (certified) true copy of a
   duly entered in the office of the clerk of the within named court on              20__

   (  ) NOTICE OF SETTLEMENT
   that an order                              of which the within is a true copy
   will be presented for settlement to           one of the judges of the
   within named Court, at
   on          20__      at        AM.

   Dated:                        Yours, etc.

        YUEN ROCCANOVA SELTZER & SVERD P.C.