UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ALTO LENDING, LLC,

                            Plaintiff                     Docket No.: 12-CV-07391
                                                                  (ALC)(DCF)

    -against-

                                                                  **NOTICE**
ALTOBRIDGE LIMITED, ALTOBRIDGE                     **OF MOTION**
CORPORATION and INTEL CORPORATION

                            Defendants
---------------------------------------------------------------x

       Upon the Declaration of Steven Seltzer, Esq., affirmed on August 28, 2013, the accompanying Memorandum of Law dated August 28, 2013 and all exhibits annexed hereto, the undersigned will move this Court before the Honorable Andrew L. Carter, Jr., Courtroom 1306, in United States Courthouse at 500 Pearl St., New York, New York, on the 26th day of September, 2013, at 9:30 a.m. or as soon thereafter as counsel may be heard for an Order, pursuant to Federal Rule of Civil Procedure 60(b) and Local Civil Rule 6.3 granting reconsideration of the Court's Memorandum and Order dated August 16, 2013 and entered with the Clerk of the Court on August 16, 2013 and, upon reconsideration, reverse its granting of Intel's motion to dismiss, together with such other and further relief as this Court may deem just, proper and equitable.

Dated: New York, New York
       August 28, 2013                    Respectfully submitted,

                                              By: _____
                                                  Steven Seltzer
                                         YUEN ROCCANOVA SELTZER & SVERD P.C.
                                         11 Hanover Square, 13th Floor
                                         New York, New York 10005
                                         T. 212-608-1178

To:   Andrew T. Solomon, Esq.
        Natalie S. Lederman, Esq.

To:  Andrew T. Solomon, Esq.
 Natalie S. Lederman, Esq.
 SULLIVAN & WORCESTER LLP
 1633 Broadway, 32nd Floor
 New York, New York 10019
 T. (212) 660-3000

 Adam H. Offenhartz, Esq.
 David J. Kerstein, Esq.
 GIBSON, DUNN & CRUTCHER LLP
 200 Park Avenue
 New York, New York 10166
 T. (212) 351-3808

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTO LENDING, LLC,                                          Case No.: 12-CV-07391
                                                                        (ALC)(DCF)
                                Plaintiff,

        -against-

ALTOBRIDGE LIMITED, ALTOBRIDGE
CORPORATION and INTEL CORPORATION,

                                Defendants.

## NOTICE OF MOTION

Attorneys for Plaintiff
YUEN ROCCANOVA SELTZER & SVERD P.C.
11 Hanover Square, 13th Floor
New York, NY 10005
(212) 608-1178

To:                                                 Service of a copy of the within
                                                    is hereby admitted.
Signature
                                                    Dated:_____ , _____

_____
Steven Seltzer, Esq.

PLEASE TAKE NOTICE:
   ( ) NOTICE OF ENTRY
   that the within is a (certified) true copy of a
   duly entered in the office of the clerk of the within named court on            20__

   ( ) NOTICE OF SETTLEMENT
   that an order                                   of which the within is a true copy
   will be presented for settlement to             one of the judges of the
   within named Court, at
   on            20__      at          AM.

   Dated:                               Yours, etc.

                    YUEN ROCCANOVA SELTZER & SVERD P.C.