**MEMO ENDORSED**

## YUEN ROCCANOVA SELTZER & SVERD P.C.
### Attorneys at Law

| | | |
|---|---|---|
| Joseph T. Roccanova<br>Steven Seltzer<br>Peter E. Sverd<br>Paul J. Sagar<br>Jon A. Stockman*✧<br><br>*Of Counsel:*<br>Po W. Yuen<br>Veronica Yuen<br><br>*awaiting admission to NY<br>✧admitted in NJ | 11 Hanover Square<br>13th Floor<br>New York, N.Y. 10005<br>*Entrance at 76 Beaver Street*<br>Phone:   (212) 608-1178<br>Facsimile*: (212) 608-2913<br>*Facsimile not for service of process | Long Island Office<br>149 Main Street<br>Huntington, N.Y. 11743<br>Phone:   (631) 239-5297<br>Facsimile: (631) 421-4483 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-29-13



August 22, 2013

**Via E-Mail**

Hon. Andrew L. Carter, Jr.
United State District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

   Re: Alto Lending, LLC v. Altobridge Limited, et al.
      Docket No.: 12-CV-07391
      Plaintiff Alto Lending, LLC's Request for Permission to File an Opposition to Altobridge Limited's Motion for Reargument or Reconsideration

Your Honor:

  We represent plaintiff, Alto Lending, LLC, in the above-captioned matter. We write to request permission to submit opposition to Altobridge Limited and Altobridge Corporation's (collectively, "Altobridge") Motion for Reargument or Reconsideration of the Court's August 16, 2013 Order.

  We understand that Your Honor's Individual Practices provide that a party should not submit opposition to motions for reargument or reconsideration absent a Court directive to do so. We believe that submission of opposition is both necessary and appropriate in these circumstances. Altobridge seeks reconsideration of the Court's denial of its motion to dismiss based upon Altobridge's failure to attach a copy of plaintiff's Amended Complaint to its motion in violation of Local Civil Rule 7.1(3). Altobridge has now submitted a ten (10) page memorandum of law, including citations to over thirty legal authorities. Although Plaintiff's Memorandum of Law in Opposition to the defendants' motions to dismiss raised the issue of the defendants' failure to attach the Amended Complaint, plaintiff's entire discussion of the topic consisted of a single paragraph. In view of the brevity of plaintiff's previous briefing of this issue, we respectfully request permission to be heard on the present motion.

Plaintiff respectfully requests that it be afforded until September 5, 2013 to submit opposition to Altobridge's Motion for Reconsideration.

The Court's most favorable consideration herein is greatly appreciated.

Respectfully submitted,

Paul Sagar

cc: Sullivan & Worcester LLP via email

The application is ✓ granted. ___ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: August 29, 2013
NY, New York

2