# YUEN ROCCANOVA SELTZER & SVERD P.C.
## Attorneys at Law

JOSEPH T. ROCCANOVA
STEVEN SELTZER
PETER E. SVERD
----------------------
PAUL J. SAGAR
JON A. STOCKMAN✧

*Of Counsel:*
PO W. YUEN
VERONICA YUEN

✧ *also admitted in NJ*

11 Hanover Square
13th Floor
New York, N.Y. 10005
Phone:   (212) 608-1178
Facsimile: (212) 608-2913

LONG ISLAND OFFICE
149 Main Street
Huntington, N.Y. 11743
Phone:   (631) 239-5297
Facsimile: (631) 421-4483

September 12, 2013

**VIA ECF**

Hon. Debra Freeman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10007

      Re:    *Alto Lending, LLC v. Altobridge Limited, et al.*
              Docket No.: 12-CV-07391

Your Honor:

      We represent the plaintiff in the above action. We write to inform you that, as you suggested, the Altobridge defendants have submitted a request to Judge Carter for an informal conference concerning defendants' anticipated motion for judgment on the pleadings.

      With respect to discovery, the parties have conferred and suggest that they confirm their continued respective litigation holds to ensure protection of potential evidence and that discovery be deferred until such time as Judge Carter addresses the defendants' request to file their motion. The parties will then update Your Honor after conferring with Judge Carter.

      Your Honor's most favorable consideration herein is greatly appreciated.

                                                Respectfully submitted,

                                                Steven Seltzer

Cc:    Andrew T. Solomon, Esq. via ECF