UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ALTO LENDING, LLC,

                **Plaintiff,**

    -against-                    1:12-cv-07391 (ALC)

                                         ORDER

ALTOBRIDGE LIMITED, ALTOBRIDGE
CORPORATION, and INTEL
CORPORATION,

                **Defendants.**
-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      Sullivan & Worcester LLP, counsel for defendants Altobridge Limited and Altobridge Corporation, moves to withdraw as counsel. (ECF No. 56). Pursuant to Local Civil Rule 1.4, Sullivan & Worcester LLP submitted an affidavit in support of its motion, detailing Altobridge's failure to pay and the posture of the case. (ECF No. 59). "It is well-settled that nonpayment of fees is a valid basis for the Court to grant counsel's motion to withdraw." <u>D.E.A.R. Cinestudi S.P.A. v. Int'l Media Films, Inc.</u>, No. 03 Civ. 3038 (RMB), 2006 WL 1676485, at *1 (S.D.N.Y. June 16, 2006). Based upon the papers and declaration presented, Sullivan & Worcester LLP's motion to withdraw is GRANTED. Because the Defendants are artificial entities, they may not proceed *pro se*. New counsel must file a Notice of Appearance within 45 days of the entry of this Order. Sullivan & Worcester LLP is directed to serve a copy of this Order on all parties within three days of receipt and file a certificate of service on ECF.

SO ORDERED.

Dated:  December 15, 2015
          New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**