UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ALTO LENDING, LLC,

                Plaintiff,

      -against-                          Case No.: 12-CV-7391

ALTOBRIDGE LIMITED, ALTOBRIDGE
CORPORATION and INTEL CORPORATION    **AFFIDAVIT OF SERVICE**

               Defendants.

-------------------------------------------------------------x

STATE OF NEW YORK    )
                                )ss.:
COUNTY OF NEW YORK  )

      Richard Lombardo, being sworn, says:

1. I am over 18 years of age, a resident of Kings County, and not a party to this action.

2. On December 18, 2015, I served a true copy of Judge Andrew L. Carter, Jr.'s December 15, 2015 Order (ECF No. 60), granting Sullivan & Worcester LLP's motion to withdraw as counsel to defendants Altobridge Corporation and Altobridge Limited, by e-mail and U.S. Mail on the following parties:

McStay Luby
Dargan House
21-23 Fenian Street
Dublin 2, Ireland
Attention: Jim Luby and Margaret Smyth
lubyj@mcstayluby.ie
smythm@mcstayluby.ie

*Receivers for Altobridge Corporation and Altobridge Limited*

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Attention: Adam H. Offenhartz, Esq.
aoffenhartz@gibsondunn.com

*Attorneys for Intel Corporation*

Yuen Roccanova Seltzer & Sverd P.C.
132 Nassau Street, Suite 1300
New York, New York, 10038
Attention: Steven Seltzer, Esq.
sseltzer@yrsslaw.com

*Attorneys for Alto Lending, LLC*

_____
RICHARD LOMBARDO

Sworn to before me this
18th day of December 2015

_____
Notary Public

MARITZA TORRES
Notary Public, State of New York
No. 01TO5085523
Qualified in Westchester County
Commission Expires Nov. 4, 2017